United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 30, 2025
Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **R&R TRANSPORT & LOGISTICS, LLP** | § | **CASE NO. 25-36034** |
| | § | |
| | § | |
| **R&R TRANSPORT, INC** | § | **CASE NO. 25-36036** |
| | § | |
| **DEBTOR** | § | **CHAPTER 11** |

**<u>ORDER GRANATING MOTION FOR JOINT ADMINISTRATION</u>**
**ECF No. 51**

On the motion of debtors for joint administration of these cases under Bankruptcy Rule 1015, the following items are ordered:

ORDERED, that:

1. Case No. 25-36034 and 25-36036 shall both be transferred to Judge Jeffrey P. Norman who has the lower numbered case.

2. Parties may request joint hearings on matters pending in either of the jointly administered cases.

3. All motions, responses or appearances to be filed in either case shall be filed under the case number for R&R Transport & Logistics, LLP, but the names of both debtors and both case numbers shall be shown on each pleading;

Signed: October 30, 2025

Jeffrey P. Norman
United States Bankruptcy Judge