United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 09, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 25-36034 |
| R&R TRANSPORT & LOGISTICS, LLP, § | |
| Debtors. § | Jointly Administered |
| § | CHAPTER 11 |

### ORDER FIXING TIME FOR FILING OBJECTIONS TO CONFIRMATION OF PLAN; AND FIXING TIME FOR HEARING ON CONFIRMATION OF SUB V PLAN

A plan (ECF No. 58) under Subchapter V of Chapter 11 of the Bankruptcy Code having been filed by R&R Transport & Logistics, LLP on January 8, 2026 and the debtor being, and having elected to be considered a small business, and having elected to proceed under Subchapter V of Chapter 11:

**IT IS ORDERED**, and notice is hereby given, that:

A. Requests for copies of the plan shall be mailed to the debtor in possession at the following mailing address:

    Richard L. Fuqua, II
    8558 Katy Freeway, Suite 119
    Houston, TX 77024

B. Within two days after the entry of this order, the plan, and a ballot conforming to Ballot for Accepting or Rejecting Plan of Reorganization (Official Form 314) shall be mailed to creditors, equity security holders, and other parties in interest, and shall be transmitted to the United States trustee and the Sub V trustee. A ballot summary and proposed confirmation order shall be filed not later than Monday, February 16, 2026.

C. Friday, February 13, 2026, is fixed as the last day for filing and serving in accordance with Fed.R.Bankr. P. 3018(a) written objections to confirmation of the plan.

D. Thursday, February 19, 2026, at 1:30 p.m. is fixed for the hearing on confirmation of the plan. The hearing shall be held in Courtroom 403, United States Courthouse, 515 Rusk St., Houston, Texas.

Recommended forms and procedures Sub V cases are available on the Court's website.[1]

---

[1] Chapter 11 Sub V Plans and Sub V Confirmation Hearings
There is no required form Sub V Chapter 11 Plan, however, the Court requires that the plan includes Financial Projections [Exhibit A] and a Liquidation Analysis [Exhibit B], recommended forms are available for download on the Court's website. Unless otherwise ordered a Ballot Summary and proposed Confirmation Order must be filed at least three working days prior to the scheduled confirmation hearing. A Ballot Summary form [Exhibit C] and form

**Non-debtor pro-se parties are invited to appear virtually for the hearing.**

All other parties should reference the Court's website for instructions on appearing in court.[2]

**SO ORDERED.**

SIGNED 01/09/2026

_____
Jeffrey Norman
United States Bankruptcy Judge

---

Confirmation Orders [Confirmation under 1191(a), Exhibit D], [Confirmation under 1191(b), Exhibit E] are also available for download on the Court's website.

A Witness and Exhibit List is not required for uncontested confirmation hearings. A Witness and Exhibit List should be filed for contested confirmation hearings at least three business days prior to the confirmation hearing. The Court never requires the filing of hearing agendas or proffers and will not compensate counsel for time expended on unnecessary or duplicative tasks. The Court will review the Sub V Plan, service, the Ballot Summary and proposed Confirmation Order in anticipation of the confirmation hearing. Should the Court have objections to the Plan, Ballot Summary or proposed Confirmation Order they will be announced at the confirmation hearing and the confirmation hearing will be reset. If the Court has no objections, there are no creditor objections, or they are withdrawn at or before the hearing, and the Sub V Trustee recommends confirmation, then the presentation of evidence is not required, and the Court will confirm the Sub V Plan.

[2] https://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-jeffrey-p-norman.