United States Bankruptcy Court
Southern District of Texas
**ENTERED**
February 13, 2026
Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| R&R Transport & Logistics LLP | § | Case No. 25-36034 |
| | § | |
| R&R Transport, Inc. | § | Case No. 25-36036 |
| | § | |
| Debtors. | § | Chapter 11 (Subchapter V) |

**STIPULATION AND AGREED ORDER**
**EXTENDING DEADLINE TO OBJECT TO CHAPTER 11 PLAN**

This Stipulation and Agreed Order (the "**Stipulation**") is entered into by and between R&R Transport & Logistics LLP and R&R Transport, Inc. (the "**Debtors**") and the United States Trustee ("**U.S. Trustee**").

On January 8, 2026, the Debtors filed a Plan of Reorganization [ECF No. 58] (the "**Plan**").

On January 9, 2026 the Court entered its Order Fixing Time for Filing Objections to Confirmation of Plan and Fixing Time for Hearing on Confirmation of SubV Plan [ECF No. 59] (the "**Order**"). The Order sets February 13, 2026, as the deadline for filing objections to confirmation of the Plan (**"Plan Objection Deadline"**). The Order also sets a hearing on confirmation of the Plan for February 19, 2026.

The U.S. Trustee has provided comments and informal objections to the Debtors about the Plan. Based on these and other comments they have received, the Debtors intend to amend their Plan. The Debtors have further agreed to extend the Plan Objection Deadline.

NOW, THEREFORE, IT IS HEREBY STIPULATED, AGREED, AND ORDERED as follows:

1. The Plan Objection Deadline is extended to one week before any continued hearing on confirmation of a plan.

Signed: February 13, 2026

_____
Jeffrey P. Norman
United States Bankruptcy Judge

**Agreed and Entry Requested:**

| **OFFICE OF THE U.S. TRUSTEE** | **FUQUA & ASSOCIATES, P.C.** |
|---|---|
| By: */s/ Vianey Garza* | */s/ Richard L. Fuqua (signed by permission)* |
| Vianey Garza, Trial Attorney | Richard L. Fuqua |
| Tex. Bar No. 24083057/Fed. ID No. 1812278 | Texas Bar No. 07552300 |
| 515 Rusk, Suite 3516 | 8558 Katy Freeway, Suite 119 |
| Houston, Texas 77002 | Houston, TX 77024 |
| (713) 718-4650 – Telephone | (713) 960-0277 Telephone |
| (713) 718-4670 – Fax | (713) 960-1064 Facsimile |
| Email: Vianey.Garza@usdoj.gov | RLFuqua@FuquaLegal.com |
| *Counsel for Kevin M. Epstein United States Trustee Region 7, Southern and Western Districts of Texas* | *Counsel for the Debtors* |